

# Fourth Court of Appeals
## San Antonio, Texas

September 14, 2016

No. 04-16-00194-CV

Jose **PEREZ** Jr.,
Appellant

v.

Salud **CAZARES**,
Appellee

From the County Court at Law, Val Verde County, Texas
Trial Court No. 3287CCL
Honorable Sergio J. Gonzalez, Judge Presiding

## O R D E R

Sitting:     Marialyn Barnard, Justice
           Rebeca C. Martinez, Justice
           Patricia O. Alvarez, Justice

On August 17, 2016, appellant filed a Petition for Default Judgment, requesting this court to enter a default judgment in his favor because he contends the trial court has not complied with our order to file a supplemental clerk's record. On August 10, 2016, we dismissed appellant's appeal for want of jurisdiction because appellant filed an untimely notice of appeal. In that opinion, we stated we received a copy of the supplemental clerk's record. The supplemental clerk's record reflected that appellant received notice of the final judgment by January 25, 2016, making his notice of appeal due February 11, 2016. However, because appellant did not file his notice of appeal until March 17, 2016, we dismissed his appeal for want of jurisdiction. Based on the foregoing, we deny appellant's Petition for Default Judgment for want of jurisdiction.

It is so **ORDERED** on September 14, 2016.

PER CURIAM

ATTESTED TO: _____
Keith E. Hottle
Clerk of Court